IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

AIS # 298382

Larry Roger Boisden II
_____
Full name and prison number
of plaintiff(s)

v.

Corizon LLC and
Nurse MS. Mitchelle et.al
_____
_____
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:17-CV-244-WKW-GMB
(To be supplied by Clerk of
U.S. District Court)

RECEIVED
2017 APR 20 P 1:18
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (X)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Staton Correctional Facility
   _____

   PLACE OF INSTITUTION WHERE INCIDENT OCCURRED  Alabama DOC
   Staton Correctional Facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                           ADDRESS
   1. Corizon LLC, et al
   2. Nurse MS Mitchelle et, al
   3.
   4.
   5.
   6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  Friday 4-15-2016

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Sent to Staton Healthcare Unit on Friday April 15th 2016 for body chart after being attacked by another inmate.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On Friday, April 15th 2016 I was sent to the Staton health care unit to submit a body chart after being attacked by another inmate. At the time of examination from Nurse Ms. Mitchelle, I told her I think my jaw is broke I'm in severe pain and cant chew or apply any pressure to my mouth, She Stated Sign up for Sick Call.

GROUND TWO: Suffering and neglect

SUPPORTING FACTS: Body chart done on Friday, April 15th 2016 Free World doctor visit for X-rays on the last Thursday in April by doctor Jerimia Parker revealed broke jaw in 2 places. Was taken into Surgery the very next day on Friday to have Mouth wired Shut.

GROUND THREE: Pain, neglect

SUPPORTING FACTS: April 15th 2016 body chart - Nothing done to treat injury of my jaw being broke in 2 places Untill The last Thursday in April when doctor Parker took X-rays, by this time my whole face was swolen and had got infected.

Jaw broke on Friday April 15th 2016.
Suffered
Untill Friday April 29th 2016

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Compensation in the amount of 11,000,000 for pain and suffering. Compensation for all future medical bills. I want a pardon from current incarceration ~~[scratched out]~~ clean.

/s/ [signature]
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on April 13th 2017.
(Date)

/s/ [signature]
Signature of plaintiff(s)

4

Larry R Baisden II 298382
Staton Correctional Facility D2-32B
2090 Marion Spillway Road
Elmore AL 36025

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Office of The Clerk
United States District Court
One Church Street, Suite B-110
Montgomery AL 36104 - 4018

LEGAL MAIL