In The United States District Court
For The Middle District of Alabama
Northern Division

Larry Roger Baisden II          X Civil Action No:
V.                              X
Eorizon LLC, et, al,            X CV-244-WKW
                                X
                                X

## Notice of change of Address

Comes now the plaintiff respectfully and submits his notice of change of address.

New Address: Larry Roger Baisden II
Kilby Correctional Facility
AIS #298382 C-16
P.O. Box 150
Mt. Meiggs, AL 36057

Done Respectfully this 31st day of March 2019

AIS #298382
Larry Roger Baisden II
Kilby Correctional Facility C-16
P.O. Box 150, Mt. Meiggs AL
36057

Dated - 03-31-2019
Signed - Larry R Baisden

## Certificate of Service

I, Larry Roger Baisden II, do hereby certify that on March 31st 2019 I did place in the Free Legal Mail out box at Kilby Correctional Facility Postage Pre-addressed to the following party

Office of The Clerk
One Church Street Suite B-110
Montgomery AL 36104-4018

The Plaintiff would Also request that the Court notify the defendants of his change of address due to the Circumstances he is in. The Plaintiff is at Kilby is Seg, restrictive housing, Single Cell with no addresses for his defendants, I know the Courts address by heart only.

Submitted Respectfully this 31st day of March 2019

AIS #298382 Larry Roger Baisden II
C-16 Kilby Correctional Facility
P.O. Box 150 Mt. Miggs AL
36057

Dated - 03-31-2019
Signed -

Larry Roger Baisden II AIS# 270582
Kilby Correctional Facility
P.O. Box 150
Mt. Meiggs Al 36057

Legal Mail

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed Communication."

Free Legal Mail

MONTGOMERY
$ 000.50
APR 01 2019
MAILED FROM ZIP CODE 36117

Office of The Clerk
The United States District Court
One Church Street, Suite B-110
Montgomery Al 36104-4018

36104-401801