IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY ROGER BAISDEN, II, #298382, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 2:17-cv-244-ALB ) |
| CORIZON, LLC., *et al.*, | ) ) |
| Defendants. | ) ) |

## **ORDER**

On April 9, 2020, the Magistrate Judge entered a Recommendation (Doc. 83) to which no objections have been filed within the time provided by the court. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The defendants' motions for summary judgment are GRANTED.

3. Judgment is GRANTED in favor of the defendants.

4. This case is DISMISSED with prejudice.

5. Costs are taxed against the plaintiff.

A separate Final Judgment will be entered in accordance with this order.

**DONE** and **ORDERED** this day, June 10th, 2020.

                                                  /s/ Andrew L. Brasher
                                       ANDREW L. BRASHER
                                       UNITED STATES DISTRICT JUDGE